# EXHIBIT A

Case 2-22-02037-PRW, Doc 3-1, Filed 02/04/22, Entered 02/04/22 12:40:18, Description: Exhibit A, Page 1 of 2

## Exhibit A
TXX Transportation Services

| Check Date | Payment Clear Date | Payment Amount | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|
| 11/29/2019 | 1/3/2020 | $ 84,598.23 | 98532 | 11/15/2019 | 84,598.23 |
| 12/4/2019 | 1/3/2020 | 83,142.93 | 98585 | 11/22/2019 | 83,142.93 |
| 12/10/2019 | 1/3/2020 | 68,782.07 | 98626 | 11/29/2019 | 68,782.07 |
| 12/17/2019 | 1/3/2020 | 82,269.62 | 98638 | 11/30/2019 | 8,391.15 |
| | | | 98648 | 12/6/2019 | 73,878.47 |
| 12/24/2019 | 1/17/2020 | 81,699.33 | 98674 | 12/13/2019 | 81,699.33 |
| 1/2/2020 | 1/21/2020 | 82,222.56 | 98721 | 12/20/2019 | 82,222.56 |
| 1/8/2020 | 1/28/2020 | 65,258.52 | 98741 | 12/27/2019 | 65,258.52 |
| 1/9/2020 | 1/28/2020 | 35,441.79 | 98758 | 12/31/2019 | 35,441.79 |
| 1/15/2020 | 2/4/2020 | 27,760.77 | 98800 | 1/3/2020 | 27,760.77 |
| 1/22/2020 | 2/11/2020 | 73,154.87 | 98865 | 1/10/2020 | 73,154.87 |
| 1/29/2020 | 2/19/2020 | 82,999.14 | 98896 | 1/17/2020 | 82,999.14 |
| 2/4/2020 | 2/19/2020 | 71,321.72 | 98942 | 1/24/2020 | 71,321.72 |
| 2/12/2020 | 2/19/2020 | 70,736.52 | 98990 | 1/31/2020 | 70,736.52 |
| 2/19/2020 | 2/19/2020 | 69,102.82 | 99027 | 2/7/2020 | 69,102.82 |
| | 2/28/2020 | 66,804.38 | 99064 | 2/14/2020 | 66,804.38 |
| | 3/4/2020 | 62,240.80 | 99097 | 2/21/2020 | 62,240.80 |
| | 3/6/2020 | 61,561.20 | 99146 | 2/28/2020 | 59,282.23 |
| | | | 99177 | 2/29/2020 | 2,278.97 |
| | 3/10/2020 | 120,000.00 | 3102020 | 3/10/2020 | 120,000.00 |
| | | **$ 1,289,097.27** | | | |