Bradford J. Sandler, Esq. (NY Bar No. 4499877)
Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>Plaintiff,<br>v.<br><br>TXX SERVICES, INC.,<br><br>Defendant. | Adv. Proc. No. 22-02037 (PRW) |

**SECOND STIPULATION EXTENDING TIME TO ANSWER COMPLAINT**

Plaintiff, RDC Liquidating Trust, through its trustee Advisory Trust Group, LLC ("Plaintiff" or the "RDC Liquidating Trust"), successor in interest to Rochester Drug Co-Operative, Inc., and defendant, TXX Services, Inc. ("Defendant", and together with Plaintiff, the "Parties"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

WHEREAS, on February 3, 2022, Plaintiff filed a complaint (the "Complaint") against Defendant;

WHEREAS, the summons (the "Summons") was issued on February 4, 2022;

WHEREAS, on February 4, 2022, Defendant was served with the Summons and Complaint; and

WHEREAS, on February 15, 2022, the Parties entered into a stipulation (the "First Stipulation") by which the time required for Defendant to answer the Complaint was extended through and including April 15, 2022. The First Stipulation was approved by order entered February 16, 2022.

The Parties hereby stipulate and agree to the matters set forth below:

1. The Parties continue to negotiate and exchange information and have agreed, subject to Court approval, to further extend the time for the Defendant to answer the Complaint to and including June 15, 2022.

2. All other terms set forth in the First Stipulation remain in full force and effect.

Respectfully submitted,

Dated: April 14, 2022

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Ilan D. Scharf
Bradford J. Sandler (NY Bar No. 4499877)
Ilan D. Scharf (NY Bar No. 4042107)
Jason S. Pomerantz (CA Bar No. 157216)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email:  bsandler@pszjlaw.com
        ischarf@pszjlaw.com
        jspomerantz@pszjlaw.com

*Counsel to Plaintiff RDC Liquidating Trust*

Dated: April 14, 2022

PRYOR & MANDELUP, L.L.P.

_____  1793058
Robert L. Pryor (NY Bar No. _____)
675 Old Country Road
Westbury, NY 11590
Telephone: (516) 997-0999, Ext. 233
Email: rlp@pryormandelup.com

*Counsel to Defendant TXX Services, Inc.*

SO ORDERED:

DATED: _____, 2022
       Rochester, New York

_____
HON. PAUL R. WARREN

2

DOCS_LA:343287.1 75015/003
Case 2-22-02037-PRW, Doc 12, Filed 04/14/22, Entered 04/14/22 17:09:37, Description: Main Document , Page 2 of 2