# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>Rochester Drug Cooperative, Inc.<br><br>Debtor(s) | Case No.: 2−20−20230−PRW<br>Chapter: 11 |
| Advisory Trust Group, LLC<br>as trustee of the RDC Liquidating Trust<br>Plaintiff(s)<br><br>v.<br><br>TXX Services, Inc.<br>Defendant(s) | A.P. No.: 2−22−02037−PRW |

## NOTICE OF ENTRY

**PLEASE TAKE NOTICE** of the entry of the Order referenced below, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on **May 24, 2022**. The Clerk of Court of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

Docket #19:   Order Setting Rule 16 Conference. SENT ELECTRONICALLY AND VIA U.S. MAIL. Signed on 5/24/2022 (RE: related document(s)1 Complaint filed by Plaintiff Advisory Trust Group, LLC). Rule 16 Conference set for 6/28/2022 at 11:30 AM at Rochester Chambers. NOTICE OF ENTRY. (Folwell, T.)

Date: May 24, 2022                              Lisa Bertino Beaser
                                                Clerk of Court

Form ntcentry/Doc 19
www.nywb.uscourts.gov