# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209–2 | User: admin | Date Created: 5/24/2022 |
| Case: 2–22–02037–PRW | Form ID: ntcentry | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty     Ilan D Scharf     ischarf@pszjlaw.com
aty     Jason S Pomerantz     jspomerantz@pszjlaw.com
aty     Robert L Pryor     rlp@pryormandelup.com

TOTAL: 3