Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
Bradford J. Sandler (NY Bar No. 4499877)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>     Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>     Plaintiff,<br> v.<br><br>TXX Services, Inc.,<br><br>     Defendant. | Adv. Proc. No. 22-02037 (PRW) |

**PLAINTIFF'S STATUS REPORT**

Advisory Trust Group, LLC, in its capacity as trustee of the RDC Liquidating Trust, hereby submits this status report pursuant to the *Case Management Order*, entered September 7, 2023 [Adv. Docket No. 25].

A mediation in this adversary occurred on October 4, 2023 and the parties reached a settlement. The settlement is being documented and, once it has been finalized, the parties will

file a stipulation for dismissal with the Court.

Dated: October 10, 2023

Respectfully submitted,

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Jason S. Pomerantz*
Jason S. Pomerantz (CA Bar No. 157216)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email: jspomerantz@pszjlaw.com

*Counsel to Plaintiff RDC Liquidating Trust*